```
JEVON RASHAD WILLIAMS        JEBEDIAH CHRISTY            WAKEFIELD & ASSOC
71 FLEETWOOD DR              276 POOLER PKWY            P.O. BOX 50250
GULFPORT, MS 39503           POOLER, GA 31322           KNOXVILLE, TN 37950


THOMAS C. ROLLINS, JR.       KIA MOTORS FINANCE         WEB BANK
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY           2211 N FIRST ST
P.O. BOX 13767               PO BOX 20825               SAN JOSE, CA 95131
JACKSON, MS 39236            FOUNTAIN VALLEY, CA 92728


AFFIRM                       SAVANNAH TECHNICAL
443 IRVING DR                5717 WHITE BLUFF RD
BURBANK, CA 91504            SAVANNAH, GA 31405


AMEX                         SONYA WILLIAMS
CORRESPONDENCE               11200 THREE RIVERS RD APT 16A
PO BOX 981535                GULFPORT, MS 39503
EL PASO, TX 79998


CAPITAL ONE                  SYNCB
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 30285                 P.O. BOX 965065
SALT LAKE CITY, UT 84130     ORLANDO, FL 32896


CLEARWAVE FIBER              SYNCHRONY
1375 CHATTEM PKWY            ATTN: BANKRUPTCY
SAVANNAH, GA 31405           PO BOX 965060
                             ORLANDO, FL 32896


GEORGIA POWER                UPST
PO BOX 4500                  ATTN: BANKRUPTC
ALLEN, TX 75013              P.O. BOX 1503
                             SAN CARLOS, CA 94070


GOLDMAN SACHS BANK USA       USAA FEDERAL SAVINGS
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 70379                 9800 FREDERICKSBURG RD
PHILADELPHIA, PA 19176       SAN ANTONIO, TX 78288


GULF COAST COMM FCU          VERIZON WIRELESS
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY DEPT
12364 HIGHWAY 49             P.O.BOX 408
GULFPORT, MS 39503           NEWARK, NJ 07101
```