Certificate Number: 17082-MSS-DE-041077462

Bankruptcy Case Number: 26-50713



17082-MSS-DE-041077462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2026, at 10:06 o'clock PM MST, JEVON R WILLIAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 9, 2026                    By:    /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title:  Executive Director