United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 26-50713-KMS

Jevon Rashad Williams                                                                     Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: admin                                  Page 1 of 2

Date Rcvd: Aug 11, 2026                      Form ID: 318                                 Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jevon Rashad Williams, 71 Fleetwood Dr, Gulfport, MS 39503-3001 |
| 5665505 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5665508 | | Clearwave Fiber, 1375 Chattem Pkwy, Savannah, GA 31405 |
| 5665509 | + | Georgia Power, PO Box 4500, Allen, TX 75013-1311 |
| 5665512 | + | Jebediah Christy, 276 Pooler Pkwy, Pooler, GA 31322-4022 |
| 5665513 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5665514 | + | Savannah Technical, 5717 White Bluff Rd, Savannah, GA 31405-5521 |
| 5665515 | + | Sonya Williams, 11200 Three Rivers Rd Apt 16A, Gulfport, MS 39503-3582 |
| 5665518 | + | Upst, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 5665522 | + | Web Bank, 2211 N First St, San Jose, CA 95131-2021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5665506 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2026 19:44:08 | Amex, Correspondence, Po Box 981535, El Paso, TX 79998-1535 |
| 5665507 | + | EDI: CAPITALONE.COM | Aug 11 2026 23:42:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5665510 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 11 2026 19:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5665511 | + | Email/Text: msd@gcc-fcu.com | Aug 11 2026 19:45:00 | Gulf Coast Comm FCU, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5665516 | + | EDI: SYNC | Aug 11 2026 23:42:00 | Syncb, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5665517 | + | EDI: SYNC | Aug 11 2026 23:42:00 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5665519 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 11 2026 19:45:00 | USAA Federal Savings, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5665520 | + | EDI: VERIZONCOMB.COM | Aug 11 2026 23:42:00 | Verizon Wireless, Attn: Bankruptcy Dept, P.O.Box 408, Newark, NJ 07101-0408 |
| 5665521 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 11 2026 19:45:00 | Wakefield & Assoc, P.O. Box 50250, Knoxville, TN 37950 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0538-6        User: admin        Page 2 of 2

Date Rcvd: Aug 11, 2026        Form ID: 318        Total Noticed: 19

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jevon Rashad Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jevon Rashad Williams** | Social Security number or ITIN **xxx−xx−3223** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **26−50713−KMS**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jevon Rashad Williams**

Dated: 8/11/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318　　　　　　**Order of Discharge**　　　　　　page 2